Joseph Pollack, Appellant, v. County of DuPage et al., Appellees.

Gen. No. 9,461.

Heard in this court at October term, 1939; opinion filed January 25, 1940; rehearing denied March 19, 1940. Leonard C. Mead and Eva R. Pollack, for appellant; Russell W. Keeney, State's Attorney, for appellees; Joel Baker, William E. Hooper and Lee E. Daniels, Assistant State's Attorneys, of counsel. Opinion by JUSTICE HUFFMAN. "Not to be published in full."